Henry Reynolds
P.O. Box 7443
Santa Monica, CA  90406
Tel: (310) 393-7052
Fax: (815) 550-2266
CA Bar No. 158709

Attorney for Plaintiff
STEVEN OLSEN

**United States District Court**
**Eastern District of California**
**Fresno Division**

STEVEN OLSEN                )   Case No.: 1: 04 CV 6252 DLB
                            )
                Plaintiff,  )
        vs.                 )
                            )   ORDER RE:
JO ANNE B. BARNHART         )   STIPULATION TO EXTEND TIME
Commissioner of Social Security  )
                            )
                Defendant.  )
                            )
_____)

        STIPULATION TO EXTEND TIME IS HEREBY ORDERED.  Plaintiff is
granted an extension of time to May 30, 2005 to file his opening brief.

IT IS SO ORDERED.

**Dated:    April 28, 2005          _____ /s/ Dennis L. Beck_____**
3b142a                              UNITED STATES MAGISTRATE JUDGE