```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. GAAB
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6

 7
              IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                    EASTERN DISTRICT OF CALIFORNIA
 9

10  STEVEN OLSEN,                 )   1: 04 CV-F 6252 DLB
                                  )
11              Plaintiff,        )   STIPULATION AND
                                  )   ORDER TO EXTEND
12         v.                     )   TIME
                                  )
13  JO ANNE B. BARNHART,          )
    Commissioner of Social        )
14  Security,                     )
                                  )
15              Defendant.        )
    _____)
16
          The parties, through their respective counsel, stipulate that
17
    the time for filing defendant's opposition to plaintiff's opening
18
    brief be extended from June 20, 2005 to July 20, 2005.
19
          This is defendant's first request for an extension of time to
20
    file defendant's opposition to plaintiff's opening brief.
21
    ///
22
    ///
23
    ///
24
    ///
25
    ///
26
    ///
27
    ///
28
```

Due to the a heavy caseload, defendant requests additional time to further review the file and prepare a response in this case.

Respectfully submitted,

Dated: May 24, 2005         /s/ Henry Reynolds
                            (As authorized via facsimile)
                            HENRY REYNOLDS
                            Attorney for Plaintiff


Dated: May 24, 2005         McGREGOR W. SCOTT
                            United States Attorney


                            /s/ Kimberly A. Gaab
                            KIMBERLY A. GAAB
                            Assistant U.S. Attorney


IT IS SO ORDERED.

**Dated:  May 25, 2005**              **/s/ Dennis L. Beck**
3c0hj8                          UNITED STATES MAGISTRATE JUDGE